UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ESTATE OF HARLAN SLABAUGH,
through its Personal Representative
RITA SLABAUGH,                                     Case No.: 1:24-cv-457

        Plaintiff,                              Hon. Jane M. Beckering

v.

FORD MOTOR COMPANY,

        Defendant.
_____/

## ORDER

The parties appeared before me on this date for a status conference regarding James Buchholz's motion to withdraw as counsel for plaintiff (ECF No. 61).  During the hearing, Mr. Buchholz advised that attempts to find new counsel to represent the plaintiff have been unsuccessful.

Upon further consideration, this matter is **STAYED** and **ADMINISTRATIVELY CLOSED** for a period of ninety (90) days to allow plaintiff additional time to retain new counsel. A status conference is scheduled for **June 12, 2026, at 10:30 a.m. at 584 Federal Building, 110 Michigan Street, Grand Rapids, Michigan.**

**IT IS SO ORDERED.**

Dated: March 11, 2026                           /s/ Ray Kent
                                                RAY KENT
                                                United States Magistrate Judge